**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Janell Tovah FISHER, Defendant-Appellant.**

**No. 16-7494**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Janell Tovah Fisher, Appellant Pro Se. Erik Sean Siebert, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janell Tovah Fisher seeks to appeal, for the second time, his 2013 conviction and sentence for possession with intent to distribute cocaine. We affirmed the district court's judgment on Fisher's first direct appeal. United States v. Fisher, 554 Fed. Appx. 214 (4th Cir. 2014). Accordingly, we deny the motion to appoint counsel and dismiss the instant appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

DISMISSED